Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000
hayes@hugheshubbard.com

*Attorneys for Defendant Merck & Co., Inc.*

**08 CV 03079**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARY J. MAHAR,

        Plaintiff,

    -against-

MERCK & CO., INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: _____

**Rule 7.1 Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       March 25, 2008

                      Respectfully submitted,

                      HUGHES HUBBARD & REED LLP

                      By: /s/ Vilia B. Hayes
                      Theodore V. H. Mayer
                      Vilia B. Hayes
                      Robb W. Patryk
                      hayes@hugheshubbard.com

                      One Battery Park Plaza
                      New York, New York 10004-1482
                      (212) 837-6000

                      *Attorneys for Defendant Merck & Co., Inc.*